**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                     **CASE NO. 8:13-bk-08785-MGW**
**JACQULINE A. HILL,**                        **CHAPTER 13**
    **DEBTOR.            /**

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

The Debtor, **JACQUELINE A. HILL,** requests entry of an order referring the Debtor and SunTrust Mortgage, Inc. to mortgage modification mediation, and in support state:

1.      The Debtor filed this Chapter 13 case on July 1, 2013.

2.      The Debtor would like to modify the terms of her first mortgage with SunTrust Mortgage, Inc. that encumbers her primary residence.

3.      Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgages.

WHEREFORE, Debtor requests the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy Motion for Referral to Mortgage Modification mediation has been furnished either by electronic transmission or by regular U.S. Mail, Postage Prepaid this 11th day of July, 2013 to the following: US Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; Chapter 13 Trustee, Terry E. Smith, PO Box 6099, Sun City Center, FL 33571; SunTrust Mortgage, Inc., PO Box 79041, Baltimore, MD 21279 and SunTrust Mortgage, Inc., c/o Corporation Service Company, Registered Agent, 1201 Hays Street, Tallahassee, FL 32301.

**TIMOTHY W. GENSMER, P.A.**

 **/s/ Timothy W. Gensmer**
**TIMOTHY W. GENSMER, ESQUIRE**
2831 Ringling Blvd., Suite 202-A
Sarasota, Florida 34237
(941) 952-9377        Telephone
(941) 954-5605        Fax
timgensmer@aol.com  Email
FL Bar No. 586242
Attorney for Debtor