# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In Re:                           )        Case No. 8:13-bk-08785-CED
                               )

     HILL, JACQUELINE            )        Chapter # 13
                               )
                               )

          Debtor(s)              )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ___X___ creditor _____ debtor **(check one)** in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: <u>SUNTRUST MORTGAGE is a wholly-owned subsidiary of SunTrust Banks, Inc. Therefore, as Successor-in-Interest to the creditor, SUNTRUST MORTGAGE, Sun Trust Banks Inc. is the proper owner of said funds.</u>

Name of Claimant: <u>SunTrust Banks, Inc. by and through its Attorney-in-Fact, Mark K. Warren, Deputy General Counsel of The Locator Services Group Ltd.</u>

Mailing Address: <u>c/o The Locator Services Group Ltd.</u>
<u>                 280 Summer Street, Suite 400</u>

City: _____Boston_____ State: __MA__ Zip Code: __02210__

Telephone Number: Home: _____ Work: <u>(617) 859-0600, Ext. 41</u>

Last Four Digits of SS# or Tax ID Number: __58-1575035__

Amount of Claim:_____$2,929.53_____

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602.

_____           <u>May 6, 2016</u>
CLAIMANT'S SIGNATURE               DATE

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:                              )          Case No. 8:13-bk-08785-CED
                                    )
    HILL, JACQUELINE            )          Chapter # 13
                                    )
                                    )
      Debtor(s)              )

## AFFIDAVIT

    I, Mark K. Warren, Esq., as Deputy General Counsel for The Locator Services Group Ltd., Attorney-in-Fact for SunTrust Banks, Inc., Successor-in-Interest to SUNTRUST MORTGAGE, certify that the statements in the foregoing application are true and correct.

    I am aware of the state law requirements for being a personal representative in the State of Florida.

                                  Mark K. Warren (MA Bar # 662334)
                                  Deputy General Counsel
                                  The Locator Services Group Ltd.
                                  280 Summer St., Ste. 400
                                  Boston, MA 02210
                                  Phone: (617) 859-0600, Ext. 41

SUBSCRIBED AND SWORN before me this _6TH_ day of _MAY_, 201_6_ .

_____
NOTARY PUBLIC in and for the
State of Massachusetts, County of Suffolk

My commission expires: _4·7·17_

                                    ALYCIA DeANGELIS
                                    Notary Public
                          Commonwealth of Massachusetts
                                My Commission Expires
                                    April 7, 2017

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:                                    )              Case No. 8:13-bk-08785-CED
                                          )
HILL, JACQUELINE                          )              Chapter # 13
                                          )
                                          )
Debtor(s)                                 )

## CERTIFICATE OF SERVICE

I, Mark K. Warren, Deputy General Counsel of The Locator Services Group Ltd., as Attorney-in-Fact for SunTrust Banks, Inc., Successor-in-Interest to SUNTRUST MORTGAGE, certify that on May 6, 2016, I caused a true full copy of the Motion for Payment of Unclaimed Funds, along with all supporting documentation, to be served via First Class Mail in a sealed postage paid envelope upon the United States Attorney for the Middle District of Florida at the following address:

Office of the United States Attorney
Civil Procedures Clerk
400 N. Tampa Street
Suite 3200
Tampa, FL  33602

Respectfully Submitted:

Mark Warren (MA Bar # 662334)
Deputy General Counsel
The Locator Services Group Ltd.
280 Summer St., Ste. 400
Boston, MA 02210
Phone: (617) 859-0600, Ext. 41

SUBSCRIBED AND SWORN before me this ___6TH___ day of __MAY__, 201_6_.

_____
NOTARY PUBLIC in and for the
State of Massachusetts, County of Suffolk

My commission expires: ___4.7.17___

ALYCIA DeANGELIS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 7, 2017



SunTrust

Barbara Hall
Vice President
SunTrust Banks, Inc.
P.O. Box 4418, Center 633
Atlanta, GA 30302

## LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

SunTrust Banks, Inc. appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as its lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of SUNTRUST MORTGAGE in the amount of $2,929.53 and held by the United States Bankruptcy Court, Middle District of Florida in the matter of HILL, JACQUELINE with case number 8:13-bk-08785-CED.

SunTrust Banks, Inc. grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due to SUNTRUST MORTGAGE. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of SunTrust Banks, Inc.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of SUNTRUST MORTGAGE or SunTrust Banks, Inc.

Signed this 28th day of April, 2016.

SunTrust Banks, Inc.

By: _Barbara Hall_

Barbara Hall
First Vice President - Corporate Tax

Tax ID No. ___58-1575035___

(Required for identification purposes)

---

State of __GA__

County of __FULTON__

On __APRIL 20__, 2016 before me, __KEITH GORDON__, Notary Public, personally appeared _Barbara Hall_ who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of __GA__ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Signature: _____

My Commission Expires: __MAY 28 2017__

NOTARY SEAL
Notary Public
Dekalb County
State of Georgia
My Commission Expires May 28, 2017


**SunTrust**

Mary M. Lebsack
Vice President
SunTrust Banks, Inc.
P.O. Box 4418, Center 633
Atlanta, GA 30302

## OFFICER'S CERTIFICATE OF AUTHORITY

I, Robert L. Clarke, Vice President of SunTrust Banks, Inc., certify that Mary M. Lebsack is the Vice President for SunTrust Banks, Inc. and, as such, is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property, and to transfer, endorse, liquidate and receive unclaimed securities and related dividends owned by SunTrust Banks, Inc., its subsidiaries, affiliates, acquisitions, and predecessor companies. Such properties or securities may be held in SunTrust Banks, Inc.'s own name or in the names of its subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As and A/K/As.

SunTrust Banks, Inc.'s subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As, and A/K/As, include but are not limited to, those listed on the Exhibit A attached hereto.

I affirm that the foregoing is true, under the penalties of perjury this *19th* day of *February*, 2015.

Robert L. Clarke
Vice President
SunTrust Banks, Inc.
PO Box 4418
Center 633

Atlanta, GA 30302

Mary M. Lebsack
Vice President
SunTrust Banks, Inc.
PO Box 4418
Center 633

Atlanta, GA 30302

State of Georgia, County of Fulton

Before me, Robert L. Clarke, Vice President, personally appeared, and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Georgia that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary's Signature

MAY 28, 2017
Commission Expires

KEITH GORDON
Notary Public
Dekalb County
State of Georgia
My Commission Expires May 28, 2017

State of Georgia, County of Fulton

Before me, Mary M. Lebsack, Vice President, personally appeared and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Georgia that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary's Signature

MAY 28, 2017
Commission expires

Place Notary
Seal Here

KEITH GORDON
Notary Public
Dekalb County
State of Georgia
My Commission Expires May 28, 2017

**Mary M. Lebsack,** CPA
First Vice President
*Corporate Tax*



**SunTrust Bank**
Mail Code GA-Atlanta-0633
Post Office Box 4418
Atlanta, GA 30302
Tel  404.827.6835
Fax  404.230.1071
mary.lebsack@suntrust.com





10-K 1 a123115stiform10-kxreport.htm 10-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

þ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the fiscal year ended December 31, 2015

Commission file number 001-08918

# SunTrust Banks, Inc.
(Exact name of registrant as specified in its charter)

| Georgia | 58-1575035 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

303 Peachtree Street, N.E., Atlanta, Georgia 30308
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (800) 786-8787

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of exchange on which registered |
|---|---|
| Common Stock | New York Stock Exchange |
| Depositary Shares, Each Representing 1/4000th Interest in a Share of Perpetual Preferred Stock, Series A | New York Stock Exchange |
| 5.853% Fixed-to-Floating Rate Normal Preferred Purchase Securities of SunTrust Preferred Capital I | New York Stock Exchange |
| Depositary Shares, Each Representing 1/4000th Interest in a Share of Perpetual Preferred Stock, Series E | New York Stock Exchange |
| Warrants to Purchase Common Stock at $44.15 per share, expiring November 14, 2018 | New York Stock Exchange |
| Warrants to Purchase Common Stock at $33.70 per share, expiring December 31, 2018 | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes þ   No ¨

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ¨   No þ

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes þ   No ¨

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes þ   No ¨

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ¨

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer þ      Accelerated filer ¨      Non-accelerated filer ¨      Smaller reporting company ¨

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ¨   No þ

The aggregate market value of the voting and non-voting common stock held by non-affiliates at June 30, 2015 was approximately $22.6 billion based on the New York Stock Exchange closing price for such shares on that date. For purposes of this calculation, the registrant has assumed that all of its directors and executive officers are affiliates.

At February 18, 2016, 504,998,347 shares of the registrant's common stock, $1.00 par value, were outstanding.

DOCUMENTS INCORPORATED BY REFERENCE

Pursuant to Instruction G of Form 10-K, information in the registrant's Definitive Proxy Statement for its 2016 Annual Shareholder's Meeting, which it will file with the SEC no later than April 29, 2016 (the "Proxy Statement"), is incorporated by reference into Items 10-14 of Part III of this Form 10-K.

EX-21.1 4 a123115exhibit211.htm EXHIBIT 21.1

Exhibit 21.1

### Subsidiaries of the Registrant*

| Name | State of Incorporation | Additional Names under which it does business |
|------|------------------------|-----------------------------------------------|
| **SunTrust Banks, Inc.** | Georgia | none |
| SunTrust Robinson Humphrey, Inc. | Tennessee | none |
| GenSpring Family Offices, LLC | Florida | GenSpring |
| **SunTrust Bank Holding Company** | Florida | none |
| SunTrust Insurance Services, Inc. | Georgia | SunTrust Insurance Agency |
| Twin Rivers II, Inc. | South Carolina | none |
| SunTrust Investment Services, Inc. | Georgia | none |
| **SunTrust Bank** | Georgia | LightStream Lending, SunTrust Dealer Financial Services SunTrust Bank, Corp |
| **SunTrust Mortgage, Inc.** | Virginia | Crestar Mortgage |
| Twin Rivers Insurance Company | South Carolina | none |
| Premium Assignment Corporation | Florida | none |
| Premium Assignment Corporation, II | California | none |

### REITS

| Name | State of Incorporation | Additional Names under which it does business |
|------|------------------------|-----------------------------------------------|
| STB Real Estate Holdings (Commercial), Inc. | Delaware | none |
| STB Real Estate Holdings (Household Lending ), Inc. | Delaware | none |
| STB Real Estate Holdings (Residential), Inc. | Delaware | none |

Generated: 05/06/2016 16:18:15

# U.S. Bankruptcy Court

## Middle District of Florida
## Funds Unclaimed Directory

Search key: 8:13-bk-08785
Sorted by: Case Number

| Case Number | Debtor | Creditor | Amount |
|---|---|---|---|
| 8:13-bk-08785-CED | HILL, JACQUELINE | **SUNTRUST MORTGAGE** PO BOX 79041 BALTIMORE, MD 21279-0041 | **$2,929.53** |

www.flmb.uscourts.gov
New Search

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### 8 DIVISION

In re: Jacqueline A. Hill                          §          Case No. 8:13-bk-08785-CED
                                                   §
                                                   §
                   Debtor(s)                       §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kelly Remick, Chapter 13 Trustee, submits the following Final Report and Account of the
administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 07/01/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on
NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the
plan on NA.

5) The case was dismissed on 12/27/2013.

6) Number of months from filing or conversion to last payment: 5.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $86,900.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 3,108.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 3,108.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 178.47 |
| Other | $ 0.00 |

**TOTAL EXPENSES OF ADMINISTRATION** $ 178.47

Attorney fees paid and disclosed by debtor(s): $ 2,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITY OF SARASOTA | Sec | 35,000.00 | NA | NA | 0.00 | 0.00 |
| FLORIDA HOUSING FINANCE CORP | Sec | 10,000.00 | NA | NA | 0.00 | 0.00 |
| Suntrust Mortgage | Con | 188,000.00 | 188,000.00 | 188,000.00 | 2,929.53 | 0.00 |
| SARASOTA MEMORIAL HOSPITAL | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| Timothy W. Gensmer, P.A. . | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 188,000.00 | $ 2,929.53 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 188,000.00 | $ 2,929.53 | $ 0.00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 0.00 | $ 0.00 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 178.47 |
| Disbursements to Creditors | $ 2,929.53 |
| **TOTAL DISBURSEMENTS:** | $ 3,108.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  06/10/2015                    By:  /s/ Kelly Remick
                                              Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)